**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRAILSTAR LLC,<br><br>                Plaintiff,<br>    v.<br>UNITED STATES,<br><br>               Defendant. | **Court No. 24-00021** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Gary S. Katzmann.

                                                  /s/ Mark A. Barnett
                                                  Mark A. Barnett
                                                  Chief Judge

DATED:   February 12, 2024