UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE: THE
HON. GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| DEXTER DISTRIBUTION GROUP LLC F/K/A TEXTRAIL, INC., | : | |
| Plaintiff, | : | Court No.    24-00019 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC., | : | |
| Defendant-Intervenor. | : | |

|  |  |  |
|---|---|---|
| LIONSHEAD SPECIALTY TIRE AND WHEEL LLC, | : | |
| Plaintiff, | : | Court No.    24-00020 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC., | : | |
| Defendant-Intervenor. | : | |

|  |  |  |
|---|---|---|
| TRAILSTAR LLC, | : | |
| Plaintiff, | : | Court No.    24-00021 |
| | : | |

v.                                                      :
                                                       :
UNITED STATES,                                          :
                                                       :
                    Defendant,                         :
                                                       :
            and                                        :
                                                       :
DEXSTAR WHEEL DIVISION                                  :
OF AMERICANA DEVELOPMENT, INC.,                         :
                                                       :
                    Defendant-Intervenor.              :
                                                       :
_____                :

## ORDER

Upon consideration of the parties' joint motion for the consolidation of cases, and upon due deliberation, it is hereby

ORDERED that the joint motion is granted; and it is further

ORDERED that *Dexter Distribution Group LLC f/k/a TexTrail, Inc. v. United States et al.*, Court No. 24-00019, *Lionshead Specialty Tire and Wheel LLC v. United States et al.*, Court No. 24-00020, and *TRAILSTAR LLC v. United States et al.*, Court No. 24-00021, are consolidated under lead case *Dexter Distribution Group LLC f/k/a TexTrail, Inc., et al. v. United States et al.*, Consolidated Court No. 24-00019; and it is further

ORDERED that the individual filing of the administrative record for Court Nos. 24-00020 and 24-00021 is not required; and it is further

ORDERED that the administrative record in Consolidated Court No. 24-00019 will serve as the administrative record for the consolidated action; and it is further

ORDERED that the administrative record shall be filed within fourteen (14) days of this order; and it is further

ORDERED that Defendant's pending Motions for an Extension of Time to File the Administrative Record in Court Nos. 24-00019, 24-00020, and 24-00021, each filed on March 7, 2024 under ECF Nos. 22, 23, and 21, respectively, are DENIED AS MOOT

                                        /s/      Gary S. Katzmann
                                                 Gary S. Katzmann, Judge

Dated: March 11, 2024